FRANK AVIGNONE, Respondent, *v.* SIXCORN REALTY CORP., Defendant, et al., Appellant.

Argued October 10, 1946; decided November 14, 1946.

709

*Patrick E. Gibbons* and *E. C. Sherwood* for appellant.
*Morris Cooperstein* and *Jacob W. Friedman* for respondent.

Judgments reversed and complaint dismissed, with costs in all courts, upon the ground that there was no evidence of defendant's negligence.  No opinion.

Concur: LOUGHRAN, Ch. J., THACHER, DYE and FULD, JJ. LEWIS, CONWAY and DESMOND, JJ., dissent and vote for reversal and a new trial.